

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-14-00099-CR

Rodolfo Mata **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4828
Honorable Ron Rangel, Judge Presiding

# O R D E R

The court reporter's notification of late record is NOTED. The reporter's record is due on **June 16, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court